1 | James D. Weakley, Esq.     Bar No. 082853
2 | Leslie M. Dillahunty, Esq.   Bar No. 195262

Weakley & Arendt, LLP
3 | 1630 East Shaw Ave., Suite 176
Fresno, California 93710
4 | Telephone: (559) 221-5256
Facsimile: (559) 221-5262
5 | jim@walaw-fresno.com
leslie@walaw-fresno.com
6

7 | Attorneys for Defendant, GEORGE ANDERSON

8

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, | CASE NO. 1:16-cv-01469 JLT |
| Plaintiff, | STIPULATION FOR TAKING THE DEPOSITION OF SELENA DELEON, AND ORDER THEREON [F.R.C.P. Rule 30(a)(2)(B)] |
| vs. | |
| COUNTY OF KERN, GEORGE ANDERSON, and DOES 1-10; | (Doc. 27) |
| Defendants. | |

COME NOW the parties to the above captioned lawsuit, by and through their attorneys of record herein, and hereby stipulate to the deposition of SELENA DE LEON, an individual identified as a percipient witness in the above captioned matter. Said deposition has been noticed to be taken at the California Institute for Women, located in Corona, California, where Ms. DeLeon is currently incarcerated. Said deposition is scheduled to be taken on May 31, 2017, starting at the hour of 10:00 a.m., and will be recorded both by a Certified Shorthand

///

///

///

///

///

Stipulation for Taking the Deposition of
Selena DeLeon, and Order Thereon

Reporter and by sound and video recording.

IT IS SO STIPULATED.

DATED: May 17, 2017.                    CHAIN COHN STILES

                              By:    /s/  Neil K. Gehlawat
                                     DAVID K. COHN
                                     NEIL K. GEHLAWAT, Attorneys for
                                     Plaintiff, Jane Doe

DATED: May 17, 2017.
                                      /s/   Thomas C. Seabaugh
                                     THOMAS C. SEABAUGH,
                                     Attorney for Plaintiff, Jane Doe

DATED: May 17, 2017.                    COUNTY OF KERN

                              By:    /s/   Kathleen Rivera
                                     KATHLEEN RIVERA, Deputy
                                     County Counsel, Attorney for Defendant,
                                     County of Kern

DATED: May 17, 2017.                    WEAKLEY & ARENDT, LLP

                              By:    /s/   Leslie M. Dillahunty
                                     JAMES D. WEAKLEY
                                     LESLIE M. DILLAHUNTY
                                     Attorneys for Defendant,
                                     George Anderson

## **ORDER**

The request to take the deposition of the incarcerated witness, Selena DeLeon is **GRANTED** provided counsel complies with the rules and regulations of the prison facility in setting and taking the deposition.

IT IS SO ORDERED.

   Dated:  **May 18, 2017**                    **/s/ Jennifer L. Thurston**
                                               UNITED STATES MAGISTRATE JUDGE

Stipulation for Taking the Deposition of
Selena DeLeon, and Order Thereon