1  James D. Weakley, Esq.     Bar No. 082853
   Leslie M. Dillahunty, Esq.   Bar No. 195262
2
        Weakley & Arendt, LLP
3        1630 East Shaw Ave., Suite 176
         Fresno, California 93710
4        Telephone: (559) 221-5256
         Facsimile: (559) 221-5262
5        jim@walaw-fresno.com
         leslie@walaw-fresno.com
6

7  Attorneys for Defendant, GEORGE ANDERSON

8

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, | ) CASE NO. 1:16-cv-01469 JLT |
| Plaintiff, | ) STIPULATION FOR TAKING THE DEPOSITION OF SELENA DELEON, AND ORDER THEREON [F.R.C.P. Rule 30(a)(2)(B)] |
| vs. | ) (Doc.32) |
| COUNTY OF KERN, GEORGE ANDERSON, and DOES 1-10; | |
| Defendants. | |

COME NOW the parties to the above captioned lawsuit, by and through their attorneys of record herein and hereby stipulate to the deposition of SELENA DE LEON, an individual identified as a percipient witness in the above captioned matter. Said deposition has been noticed to be taken at the California Institute for Women, located in Corona, California, where Ms. DeLeon is currently incarcerated. Said deposition was previously scheduled to be taken on May 31, 2017. The deposition has been rescheduled and will to be taken June 27, 2017, starting at the hour of 10:00 a.m., and will be recorded both by a Certified Shorthand Reporter and by

///
///
///
///

Stipulation for Taking the Deposition of
Selena DeLeon, and Order Thereon

sound and video recording.

IT IS SO STIPULATED.

DATED: June 5, 2017                      CHAIN COHN STILES

By:    /s/ Neil K. Gehlawat   .
DAVID K. COHN
NEIL K. GEHLAWAT, Attorneys for
Plaintiff, Jane Doe

DATED: June 5, 2017.

   /s/ Thomas C. Seabaugh   .
THOMAS C. SEABAUGH,
Attorney for Plaintiff, Jane Doe

DATED: June 5, 2017.                COUNTY OF KERN

By:    /s/ Kathleen Rivera
KATHLEEN RIVERA, Deputy
County Counsel, Attorney for Defendant,
County of Kern

DATED: June 5, 2017                     WEAKLEY & ARENDT, LLP

By:    /s/ Leslie M. Dillahunty
JAMES D. WEAKLEY
LESLIE M. DILLAHUNTY
Attorneys for Defendant,
George Anderson

**<u>ORDER</u>**

Good cause appearing therefore,

IT IS SO ORDERED.

Dated:   **June 8, 2017**                   **/s/ Jennifer L. Thurston**
                                                                  UNITED STATES MAGISTRATE JUDGE