James D. Weakley, Esq.      Bar No. 082853
Ashley N. Torres, Esq.      Bar No. 312120

Weakley & Arendt, LLP
1630 East Shaw Ave., Suite 176
Fresno, California 93710
Telephone: (559) 221-5256
Facsimile: (559) 221-5262
jim@walaw-fresno.com
ashley@walaw-fresno.com

Attorneys for Defendant, George Anderson

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, | ) CASE NO. 1:16-CV-01469 JLT |
| Plaintiff, | ) **JOINT STIPULATION; and [Proposed] Order** |
| v. | ) |
| COUNTY OF KERN, et al., | ) |
| Defendants. | ) |

COME NOW the parties to this action jointly, through their respective attorneys of record, and stipulate as follows:

1. Pursuant to the Court's scheduling order (Doc. No. 13), the parties met and conferred on October 13, 2017 by telephone about the issues to be raised in the parties' motions for summary judgment.

2. After conferring on Plaintiff's claims, all parties hereby stipulate to the following for the purposes of this motion:

   a. Defendants dispute the merits of Plaintiff's claims. However, the parties have reached agreement that to the extent Plaintiff has any claim under federal law against Defendant Anderson, that claim would be evaluated under the Fourteenth Amendment, not under the Fourth or Eighth Amendments.

  b. Plaintiff's First Claim for Relief (Civil Rights Action – 42 U.S.C. §1983) refers to the Fourth, Eighth, and Fourteenth Amendments. Plaintiff's Second Claim for Relief (Substantive Due Process – 42 U.S.C. §1983) also refers the Fourteenth Amendment. In light of the above agreement of the parties, these two separately pled claims for relief are redundant. The parties agree that Plaintiff has one claim for relief against Defendant Anderson, which is to be evaluated under the Fourteenth Amendment.

  c. The parties, through their respective counsel, stipulate that Plaintiff hereby withdraws her Fifth Claim for Relief (Municipal Liability-Ratification (42 U.S.C. 1983) against Defendant County of Kern, as contained in Plaintiff's First Amended Complaint (Doc. No. 37).

IT IS SO STIPULATED.

DATED:  November 3, 2017  WEAKLEY & ARENDT, LLP

           By: /s/   *James D. Weakley*
             James D. Weakley
             Ashley N. Torres
             Attorneys for Defendant,
             George Anderson

DATED: November 3, 2017

             COUNTY OF KERN
             OFFICE OF COUNTY COUNSEL

           By: */s/   Kathleen Rivera*
             Kathleen Rivera
             *Attorneys for Defendant County of Kern*

DATED: November 3, 2017  LAW OFFICE OF THOMAS C. SEABAUGH

           By: /s/  *Thomas C. Seabaugh*
             Thomas C. Seabaugh
             *Attorney for Plaintiff*

Joint Stipulation; and
[Proposed] Order

**ORDER**

IT IS SO ORDERED.

Dated: 11/6/17             By: _____
                              HON. JENNIFER L. THURSTON
                              U.S. MAGISTRATE JUDGE