# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF KERN, GEORGE ANDERSON, and DOES 1-10,<br><br>　　　　Defendants. | Case No. 1:16-cv-01469-JLT<br><br>JOINT STIPULATION AND ORDER REGARDING SUBMISSIONS CONTAINING ALLEGEDLY CONFIDENTIAL INFORMATION |

## STIPULATION

The parties to this action jointly, through their respective attorneys of record, stipulate as follows:

1. Two motions for summary judgment are currently scheduled for hearing on December 7, 2017 (Doc. No. 60). The deadline for Plaintiff to file her opposition memoranda and supporting materials is approaching.

2. In the course of preparing her oppositions, Plaintiff's attorneys have conferred with counsel for the other parties. The issue is the contemplated citation in Plaintiff's submissions of materials that Defendants have designated as confidential in the course of discovery.

3. Defendants contend that certain categories of information discovered in this matter should remain confidential, including, without limitation, anything related to Defendant

Anderson's personnel file, the documents and information from the Internal Affairs investigation of this incident, and Defendant Anderson's current employment status. Plaintiff believes that these categories are broad enough to capture information that she intends to use in opposing these motions.

4. Plaintiff's concern is that she be able to timely submit all of the materials she wishes to submit for the Court's consideration. Since she is responding to two motions simultaneously; since her oppositions are coming due over the Thanksgiving holiday; and since this is a case of significant complexity and detail involving at least 19 depositions and two overlapping prior investigations, she believes she should be able to make full use of the time period for preparing her oppositions.

5. After conferring by email, the parties have agreed to the following proposal, which mirrors the solution adopted by the Court in a parallel case involving Defendant Anderson.

5. The parties propose that Plaintiff have leave to file her entire oppositions, including all supporting documents, under seal. From the date of that submission, the parties will have 14 days to meet and confer on a redacted version to be entered in the public record. If the parties fail to agree on a redacted version, they will each submit their separate proposals for redactions along with a brief statement outlining their differences to chambers for review.

6. The parties submit that there is good cause for approving this proposal because it provides all parties with adequate protection and avoids prejudice to either side. This proposal gives Plaintiff the full use of the time period for opposing the motions, and protects her right to submit all of the materials she wishes in opposition to these important motions. Meanwhile, it also gives Defendants the security of knowing that nothing that they allege is confidential will be entered into the public docket without them first having an opportunity to propose redactions.

7. The parties request that the Court issue an order implementing this proposal. The parties are also available for an informal conference if any additional information, argument, or clarification is required.

SO STIPULATED.

Respectfully Submitted,

DATED: November 16, 2017　　　　LAW OFFICE OF THOMAS C. SEABAUGH


By      */s/ Thomas C. Seabaugh*
　　Thomas C. Seabaugh
　　Attorneys for Plaintiff

DATED: November 16, 2017　　　　WEAKLEY & ARENDT


By      */s/ Ashley Torres*[1]
　　Ashley Torres
　　Attorneys for Defendant Anderson

DATED: November 16, 2017　　　　OFFICE OF COUNTY COUNSEL


By      */s/ Kathleen Rivera*[2]
　　Kathleen Rivera
　　Attorneys for Defendant County of Kern

///
///
///
///
///

---

[1] Signature authorized via email on November 16, 2017.
[2] Signature authorized via email on November 16, 2017.

**ORDER**

Based upon the foregoing stipulation of the parties, the Court **ORDERS**:

Plaintiff is granted leave to submit her entire oppositions to the above motions, including all supporting documents, under seal. From the date of that submission, the parties will have 14 days to meet and confer on and submit to chambers a jointly agreed upon redacted version to be entered in the public record. If the parties fail to agree on a redacted version, they will each submit their separate proposals for redactions along with a brief statement outlining their differences to chambers for review.

IT IS SO ORDERED.

Dated: __November 20, 2017__        __/s/ Jennifer L. Thurston__
UNITED STATES MAGISTRATE JUDGE