**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAMANTHA VASQUEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF KERN, et al.,<br><br>    Defendant. | Case No.: 1:16-cv-01469 - JLT<br><br>ORDER DIRECTING THE CLERK TO UPDATE THE DOCKET TO REFLECT PLAINTIFF'S TRUE NAME<br><br>(Doc. 64) |

On November 13, 2017, the Court granted Defendant's motion for the disclosure of Plaintiff's true name. (Doc. 61) Defendant now requests that the caption be amended to reflect Plaintiff's true name, rather than the pseudonym "Jane Doe." (Doc. 64)

Based upon the prior findings of the Court, the Court **ORDERS**:

1. Defendant's request to amend the caption (Doc. 64) is **GRANTED**; and
2. The Clerk of Court is **DIRECTED** to update the docket to Plaintiff's true name of Samantha Vazquez.

IT IS SO ORDERED.

Dated: **November 20, 2017**        **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE