# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA VAZQUEZ, <br><br>    Plaintiff, <br><br> v. <br><br> COUNTY OF KERN, et al., <br><br>    Defendants. | Case No.: 1:16-cv-01469 - JLT <br><br> ORDER TO THE PLAINTIFF AND THE COUNTY OF KERN TO SHOW CAUSE WHY THE REMAINING CAUSES OF ACTION AGAINST THE COUNTY OF KERN SHOULD NOT BE DISMISSED |

On December 18, 2017, the Court issued orders granting the motions for summary judgment filed by defendants George Anderson and Heathe Appleton, finding the evidence did not support a conclusion that the defendants violated Plaintiff's rights arising under the United States Constitution. (Docs. 96, 97)

In the operative complaint, Plaintiff also states claims for "municipal liability" against the County of Kern under 42 U.S.C. § 1983, under which municipalities may be sued as a "person" for the deprivation of constitutional rights. *Monell v. Dep't of Soc. Servs.*, 436 U.S. 658, 690 (1978). However, a local government unit may not be held responsible for the acts of its employees under a respondeat superior theory of liability. *Monell*, 436 U.S. at 691. Rather, a local government entity may only be held liable if it inflicts the injury of which a plaintiff complains. *Gibson v. County of Washoe*, 290 F.3d 1175, 1185 (9th Cir. 2002). Thus, a government entity may be sued under Section 1983 when governmental policy or custom is the cause of a deprivation of federal rights. *Id.* at 694. Without a

1

constitutional injury, Plaintiff's claims for municipal liability against the County must fail. *See id.*; *see also Simmons v. Navajo Cty., Ariz.*, 609 F.3d 1011, 1021 (9th Cir. 2010) (municipal liability claim cannot be maintained unless there is an underlying constitutional violation).

Because Plaintiff has not established a violation of her constitutional rights by officers employed by the County, it appears her claims for municipality liability cannot survive. Accordingly, the plaintiff and the County of Kern[1] are **ORDERED** to show cause within fourteen days of the date of service of this order why the remaining causes of action against the County of Kern should not be dismissed.

IT IS SO ORDERED.

Dated: **December 19, 2017**         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

---

[1] The other parties may respond also, if they choose.