James D. Weakley, Esq.        Bar No. 082853
Ashley N. Torres, Esq.        Bar No. 312120

Weakley & Arendt, LLP
1630 East Shaw Ave., Suite 176
Fresno, California 93710
Telephone:  (559) 221-5256
Facsimile:  (559) 221-5262
jim@walaw-fresno.com
ashley@walaw-fresno.com

Attorneys for Defendant, George Anderson

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA VAZQUEZ,<br><br>   Plaintiff,<br><br>   v.<br><br>COUNTY OF KERN, et al.,<br><br>   Defendants. | CASE NO. 1:16-CV-01469 JLT<br><br>**JOINT STIPULATION AND ORDER REGARDING SUBMISSIONS CONTAINING ALLEGEDLY CONFIDENTIAL INFORMATION** |

## STIPULATION

The parties to this action jointly, through their respective attorneys of record, stipulate as follows:

1. On November 20, 2017, an order was issued by the Court granting Plaintiff leave to submit her entire oppositions to Defendants' Motions for Summary Judgment (Doc. 65). From the date of submission, the parties were given 14 days to meet and confer on and submit to chambers a jointly agreed upon redacted version to be entered into the public record. If the parties fail to agree on a redacted version, they will each submit their separate proposals for redactions along with a brief statement outlining their differences to chambers for review.

2. The parties now request that this order also include Defendants replies to Plaintiff's oppositions, including all supporting documents, under seal to continue to protect the information that Defendant Anderson is alleging as confidential. From the date of submission, the parties will then have 14 days to meet and confer on and submit to chambers a jointly agreed upon redacted version to be entered into the public record. If the parties fail to agree on a redacted version, they will each submit their separate proposals for redactions along with a brief statement outlining their differences to chambers for review.

SO STIPULATED.

DATED: November 30, 2017                WEAKLEY & ARENDT, LLP

                                        By:   /s/   James D. Weakley
                                              James D. Weakley
                                              Ashley N. Torres
                                              Attorneys for Defendant,
                                              George Anderson

DATED: November 30, 2017
                                        LAW OFFICE OF THOMAS C. SEABAUGH

                                        By:   /s/   Thomas C. Seabugh
                                              Thomas C. Seabaugh
                                              Attorney for Plaintiff

DATED: November 30, 2017                OFFICE OF COUNTY COUNSEL

                                        By:   /s/   Kathleen Rivera
                                              Kathleen Rivera
                                              Attorneys for Defendant,
                                              County of Kern

**ORDER**

Based upon the foregoing stipulation of the parties, the Court **ORDERS**: Defendants are granted leave to submit their entire replies to Plaintiff's oppositions, including all supporting documents, under seal. From the date of that submission, the parties will have 14 days to meet and confer on and submit to chambers a jointly agreed upon redacted version to be entered in the public record. If the parties fail to agree on a redacted version, they will each submit their separate proposals for redactions along with a brief statement outlining their differences to chambers for review.

IT IS SO ORDERED.

**Dated:** 12/20/17

*/s/ Jennifer L. Thurston*
**UNITED STATES MAGISTRAGE JUDGE**