# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA VAZQUEZ, | ) Case No.: 1:16-cv-01469 - JLT |
| Plaintiff, | ) ORDER SETTING FURTHER SCHEDULING CONFERENCE |
| v. | ) |
| COUNTY OF KERN, et al. | ) (Doc. 133) |
| Defendants. | ) |

In light of the reversal of the Court's grant of summary judgment and the remand of the matter to this Court, the Court **ORDERS**:

1. The Court sets a further scheduling conference on March 24, 2020 at 9:30 a.m. At least one week in advance of the conference, counsel SHALL file a further joint scheduling report proposing dates for the pretrial conference and the trial. Also, the report SHALL outline any impediments on moving this case expeditiously to trial.

IT IS SO ORDERED.

Dated: **February 25, 2020**         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE