# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA VAZQUEZ, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF KERN, et al. <br><br> Defendants. | Case No.: 1:16-cv-01469 - JLT <br><br> ORDER SETTING TRIAL AND PRETRIAL CONFERENCE DATES |

The Court ordered the parties to submit a further joint scheduling report for the purpose of selecting the trial and pretrial conference dates. Seemingly, the parties could not agree on dates. The plaintiff seeks a trial date in July, September, October or December. The defense proposes a trial date in January 2021. Though the plaintiff's attorney reports the January date is available to him, the defense does not indicate whether they are available for trial in the timeframe he proposed. In any event, the Court has a trial scheduled already for the January date. Thus, the Court **ORDERS**:

    1.    The trial is set on **November 9, 2020**[1] at 8:30 a.m.;

    2.    The pretrial conference is set on **August 31, 2020** at 9:00 a.m. The Court will set the deadlines for trial motions at that time. The parties are ordered to file a joint pretrial statement pursuant to Local Rule 281(a)(2). The parties are further directed to submit a digital copy of their pretrial statement in Word format, directly to Judge Thurston's chambers, by email at

---

[1] Due to the need to vacate the conference, according to General Order 612, the Court lacked the input of counsel in selecting these dates. Thus, the parties may stipulate to different dates, assuming they available to the Court.

JLTorders@caed.uscourts.gov.

Counsel are directed to Local Rules 281 and 282 setting forth their obligations in preparing for the pre-trial conference. The Court will insist upon strict compliance with those rules. In addition to the matters set forth in the Local Rules the joint pretrial statement **SHALL** include joint statement of the case to be used by the Court to explain the nature of the case to the jury during voir dire.

IT IS SO ORDERED.

Dated: **March 20, 2020**  **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE