David K Cohn, Esq., SBN 68768  | dcohn@chainlaw.com
CHAIN COHN STILES
1731 Chester Avenue
Bakersfield, CA  93301
Telephone: (661) 323-4000
Facsimile:  (661) 324-1352

Thomas C. Seabaugh, Esq., SBN 272458 | tseabaugh@seabaughfirm.com
THE LAW OFFICE OF THOMAS C. SEABAUGH
333 South Grand Avenue, 42nd Floor
Los Angeles, California 90071
Telephone: (213) 225-5850
Email: tseabaugh@seabaughfirm.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA VAZQUEZ,<br><br>            Plaintiff,<br><br>      vs.<br><br>COUNTY OF KERN, et al.,<br><br>            Defendants. | Case No. 1:16-cv-01469-DAD-JLT<br><br>**ORDER AFTER NOTICE OF SETTLEMENT**<br>**(Doc. 140)** |

Case No. 1:16-cv-01469-DAD-JLT
~~PROPOSED~~ ORDER

## ~~PROPOSED~~ ORDER

The parties filed a joint notice of settlement. (Doc. 140) The settlement is subject to approval by the Kern County Board of Supervisors. Id. at 2. They indicate they hope to have the settlement finalized within 21 days. Therefore, the Court ORDERS:

1. The stipulation to dismiss the action, or a report on the status of settlement, SHALL be filed no later than September 11, 2020;

2. All pending dates (including all dates and deadlines described in the scheduling order), conferences and hearings are VACATED.

IT IS SO ORDERED.

Dated:   **August 23, 2020**                    **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE