David K Cohn, Esq., SBN 68768  | dcohn@chainlaw.com
CHAIN COHN STILES
1731 Chester Avenue
Bakersfield, CA  93301
Telephone: (661) 323-4000
Facsimile:  (661) 324-1352

Thomas C. Seabaugh, Esq., SBN 272458 | tseabaugh@seabaughfirm.com
THE LAW OFFICE OF THOMAS C. SEABAUGH
333 South Grand Avenue, 42nd Floor
Los Angeles, California 90071
Telephone: (213) 225-5850
Email: tseabaugh@seabaughfirm.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA VAZQUEZ,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KERN, et al.,<br><br>Defendants. | Case No. 1:16-cv-01469-DAD-JLT<br><br>**~~PROPOSED~~ ORDER DISMISSING THE ACTION**<br>**(Doc. 142)** |

**PROPOSED ORDER**

Having read and considered the Joint Stipulation to Dismiss filed by all parties to this action, and good cause appearing, IT IS HEREBY ORDERED THAT:

This action is dismissed with prejudice.

IT IS SO ORDERED.

Dated:   **September 13, 2020**              **/s/ Jennifer L. Thurston**
                                             UNITED STATES MAGISTRATE JUDGE